## INITIAL CONFERENCE QUESTIONNAIRE

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: 11/11/11

2. If additional interrogatories beyond the 25 permitted under the federal rules are needed, the maximum number of: plaintiff(s) —— and defendant(s) ——

3. Number of depositions by plaintiff(s) of: parties 3 non-parties ____

4. Number of depositions by defendant(s) of: parties 1 non-parties -1

5. Date for completion of factual discovery: 3/30/12

6. Number of expert witnesses of plaintiff(s): —— medical —— non-medical

    Date for expert report(s): _____

7. Number of expert witnesses of defendant(s): —— medical —— non-medical

    Date for expert report(s): _____

8. Date for completion of expert discovery: ——

9. Time for amendment of the pleadings by plaintiff(s) 12/9/11
   or by defendant(s) _____

10. Number of proposed additional parties to be joined by plaintiff(s) ___ and by defendant(s) — and time for completion of joinder: 12/9/11

11. Types of contemplated dispositive motions: plaintiff(s): ——
    defendant(s): Summary judgment

12. Dates for filing contemplated dispositive motions: plaintiff(s): ——
    defendant(s): 5/15/12

13. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference. ∅

14. Have counsel reached any agreements regarding disclosure of experts' work papers (including drafts) and communications with experts? If so, please describe at the initial conference. ∅

15. Will the parties *consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (Answer no if any party declines to consent without indicating which party has declined.)
    Yes ___ No X

---

* The fillable consent form may be found at http://www.nyed.uscourts.gov/General_Information/Court_Forms/court_forms.html **and may be filed electronically upon completion prior to the initial conference, or, brought to the initial conference and presented to the Court for processing.**