

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Elissa B. JACOBS**<br>*Special Federal Litigation*<br>(212) 788-0899<br>(212) 788-9776 (fax)<br>ejacobs@law.nyc.gov |

January 3, 2012

**By ECF**
Honorable Marilyn D. Go.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Devonne Harley v. City of New York, et al.,
                   1:11-cv-3241 (RRM) (MDG)

Your Honor:

      I am a Special Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of The City of New York, representing defendants The City of New York and Joseph Fernandez in this action. Pursuant to Your Honor's Order dated December 22, 2011, the parties hereby submit their joint status letter regarding the progress of discovery.

      By way of brief review, plaintiff alleges that he was falsely arrested and subject to excessive force in violation of his constitutional rights. The parties are engaged in paper discovery and anticipate that it will be completed within the next few weeks. The parties have conferred and believe that, following the completion of paper discovery, a determination can be made whether the matter may be resolved through settlement and whether a settlement conference would be helpful in allowing the parties to resolve the case.

                                        Respectfully submitted,

                                        /s/
                                        Elissa B. Jacobs

cc:    Robert Marinelli, Esq.    **By ECF**
       *Attorney for Plaintiff*